## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–2275. State ex rel. Metcalfe v. Indus. Comm.**
Franklin App. No. 06AP–830, 2007-Ohio-6180.